**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILFRIDO FLOREZ-MONTANO,

    Defendant/Petitioner,

v.                                                 CASE NO:  8:02-CR-228-T-30EAJ

UNITED STATES OF AMERICA,

    Plaintiff(s)/Respondent(s).
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant/Petitioner's Motion for Transcripts of the United States and for Extension of Time for Filing 28 U.S.C. §2255 Motion in Forma Pauperis (Dkt. #291).  Defendant/Petitioner seeks the transcripts for preparation of a 28 U.S.C. § 2255 motion to vacate an allegedly illegal conviction or sentence.

The motion will be denied because Defendant/Petitioner can file the motion to vacate without a complete record of his case.  See Donovan v. Maine, 276 F.3d 87, 93 (1st Cir. 2002) (habeas corpus petition need not be pleaded with particularity, so citation to transcript unnecessary); Lloyd v. Van Natta, 296 F.3d 630 (7th Cir. 2001), cert. denied 123 S. Court. (2003) (holding that the unavailability of a transcript does not preclude petitioner from commencing habeas corpus proceedings and does not warrant equitable tolling).  The Court also finds that Defendant/Petitioner has failed to cite good cause in support of his request for

an extension of time to file his §2255 motion.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendant/Petitioner's Motion for Transcripts of the United States and for Extension of Time for Filing 28 U.S.C. §2255 Motion in Forma Pauperis (Dkt. #291) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2006.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2002\02-cr-228.Montano deny 291.wpd*